IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENSION FUND FOR HOSPITAL AND HEALTH CARE EMPLOYEES - PHILADELPHIA AND VICINITY and LAVERNE DEVALIA, Administrator<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK HEALTH CARE MANAGEMENT SERVICES LLC and ARAMARK MANAGEMENT SERVICES LLC a/k/a ARAMARK MANAGEMENT SERVICES LP<br><br>Defendant. | CIVIL ACTION<br>No. 17-2776 |

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT
PURSUANT TO F.R.C.P. 41(a)**

TO THE CLERK:

No answer or motion for summary judgment having been filed, this matter is dismissed without prejudice pursuant to F.R.C.P. 41(a).

Respectfully submitted,

FREEDMAN AND LORRY, P.C.

Dated:  July 18, 2017          */S/ Susan A. Murray*
SUSAN A. MURRAY, ESQUIRE
1601 Market Street, Suite 1500
Philadelphia, PA  19103
(215) 931-2506
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, SUSAN A. MURRAY, ESQUIRE, hereby state that the foregoing Notice of Dismissal was served upon the following by First Class Mail on the date indicated below:

Scott A. Mayer, Esquire
1101 Market Street, 6th Floor
Philadelphia, PA  19107

Dated:  July 18, 2017            */S/ Susan A. Murray*
                                 SUSAN A. MURRAY, ESQUIRE